Penn Ayers Butler (Bar No. 56663)
Michael D. Cooper (Bar No. 42761)
Elizabeth Berke-Dreyfuss (Bar No. 114651)
Tracy Green (Bar No. 114876)
**WENDEL, ROSEN, BLACK & DEAN LLP**
1111 Broadway, 24th Floor
Oakland, California 94607
Telephone: (510) 834-6600
Fax: (510) 834-1928
Email: tgreen@wendel.com

Attorneys for Debtor
ECO2 Plastics, Inc.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re<br><br>ECO2 PLASTICS, INC.,<br>a Delaware corporation<br><br>Debtor.<br><br>Employer Identification No. 31-1705310 | Case No. 09-33702 DM<br><br>Chapter 11<br><br>**NOTICE HEARING ON MOTION FOR ORDER AUTHORIZING DEBTOR TO REJECT SPECIFIC EXECUTORY CONTRACTS AND UNEXPIRED LEASES AND TO ESTABLISH BAR DATE FOR REJECTION CLAIMS : NI INDUSTRIES (11 U.S.C. SECTION 365(a))**<br><br>Date: February 12, 2010<br>Time: 10:00 a.m.<br>Dept: 235 Pine Street, 22nd Floor<br>San Francisco, CA 94104<br>Judge: Hon. Dennis Montali |

**TO: NI INDUSTRIES, THE CREDITORS' COMMITTEE, SECURED CREDITORS, OTHER PARTIES IN INTEREST AND THE UNITED STATES TRUSTEE:**

PLEASE TAKE NOTICE THAT, ECO2 Plastics, Inc ("Debtor" or "ECO2"), the Chapter 11 Debtor herein, will move the Bankruptcy Court on February 12, 2010, at 10:00 a.m., at 235 Pine Street, 22 Floor, before the Honorable Dennis Montali for an order pursuant to Bankruptcy Code Section 365(a) authorizing it to reject its primary lease at 5300 Claus Road, Riverbank,

*NOTICE OF HEARING*   1

Case: 09-33702 Doc# 118 Filed: 01/15/10 Entered: 01/15/10 16:14:06 Page 1 of 2

California ("Premises") with Landlord, NI Industries effective January 15, 2010, and to continue to pay $8,000 a month to store the Debtor's remaining equipment until the earlier of March 31, 2010 or when the Debtor moves out.

As set forth in more detail in Debtor's Motion, by rejecting its lease and continuing to store its equipment at the Premises in a reduced portion of the space, Debtor is reducing the administrative expense of rent from $32,284 a month to $8,000 a month. Additionally, if the Debtor can store its equipment in the premises, it will temporarily avoid the expenses of moving the equipment.

Also, please be advised that Debtor continues to attempt to negotiate a Stipulation with the Landlord, and if a Stipulation is agreed to, Debtor may change the date of the hearing on this motion to seek the Court's approval of the Stipulation at an earlier date. If the hearing is changed you will be notified. Any party that wants a copy of the Motion For Order Authorizing Debtor to Reject Specific Executory Contracts And Unexpired Leases And to Establish Bar Date For Rejection Claims: NI Industries (11 U.S.C. Section 365(a)) and Declaration of Rodney S. Rougelot in Support of Motion For Order Authorizing Debtor to Reject Specific Executory Contracts and Unexpired Leases and to Establish Bar Date for Rejection Claims: NI Industries (11 U.S.C. Section 365(a)).

Dated: January 15, 2010                            WENDEL, ROSEN, BLACK & DEAN LLP


By: _/s/_____Tracy Green_____
   Tracy Green
   Attorneys for Debtor
   ECO2 Plastics, Inc.