# United States Bankruptcy Court
## Northern District of California

In re **ECO2 Plastics, Inc.**                     Case No.   **09-33702**

                                         Debtor(s)          Chapter    **11**

## AMENDED SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7,11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $0.00 | | |
| B - Personal Property | Yes | 4 | $1,719,576.58 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 21 | | $12,403,473.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 3 | | $290,287.18 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 19 | | $2,633,509.56 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | $N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | $N/A |
| **TOTAL** | | 50 | $1,719,576.58 | $15,327,269.74 | |

# United States Bankruptcy Court
## Northern District of California

In re **ECO2 Plastics, Inc.**          Case No. **09-33702**

Debtor(s)          Chapter **11**

## AMENDED STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☒ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ |
| Student Loan Obligations (from Schedule F) | $ |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ |
| TOTAL | $ |

State the following:

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ |
| Average Expenses (from Schedule J, Line 18) | $ |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | $ |

State the following:

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ |
| 4. Total from Schedule F | | $ |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ |

# AMENDED SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint or Community | Current Value of Debtor's Interest In Property, With-Out Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | | **Cash** | - | **$5,678.00** |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | **Security Deposit (Landlord)**<br>**NI Industries**<br>**PO Box 856**<br>**Riverbank CA  95367** | - | **$36,144.00** |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Allied Insurance***<br>**1100 Locust Street, Dept. 1100**<br>**Des Moines, IA  50391**<br>**Property Insurance - Policy No. ACP782944190**<br>**Auto Insurance - Policy No. CA6561291**<br>**Coverage Periods - 4/28/09 thru 4/28/10** | - | **$0.00** |

In re   **ECO2 Plastics, Inc.**                                              Case No.   **09-33702**
_____                                    _____
               **Debtor**                                                              **(If known)**

## AMENDED SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint or Community | Current Value of Debtor's Interest In Property, With-Out Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **AIG Executive Liability\*** **175 Water Street, 9th Floor** **New York, NY 10038** **D & O Liability Insurance - Policy No. 01-823-95-11** **Coverage Period - 4/28/09 thru 4/28/10** | - | $0.00 |
| | | **American International Speciality Lines Insurance Company\*** **70 Pine Street** **New York, NY 10270** **Commercial Umbrella - Policy No. EGU 2335141** **General Liability/Pollution/Other - Policy No. EG 2335065** **Coverage Periods - 4/28/09 thru 4/28/10** | - | $0.00 |
| | | **Banner Life Insurance\*** **1700 Research Blvd.** **Rockville, MD 20850** **Life Insurance - Policy No. 180020263** **Coverage period - 1/1/10 thru 12/31/10** | - | $0.00 |
| | | **Farmers Insurance\*** **4680 Wilshire Blvd.** **Los Angeles, CA 90010** **Workers' Compensation - Policy No. A19114-34-85-09** **Coverage period - 5/6/09 thru 5/6/10** | - | $0.00 |
| | | **\* All policies issued through** **Dibuduo & Defendis** **1560 Cummins, Suite A** **Modesto, CA 95358** | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |

In re __ECO2 Plastics, Inc.__          Case No. __09-33702__
       Debtor                                                    (If known)

# AMENDED SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint or Community | Current Value of Debtor's Interest In Property, With-Out Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **MDP Payment due from State of California Department of Conservation** | - | **$177,754.58** |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | **Honeywell License Exclusive worldwide license for waterless cleaning IP** | - | **$100,000.00** |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |

In re __ECO2 Plastics, Inc.__           Case No. __09-33702__
        **Debtor**                                                                **(If known)**

# AMENDED SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint or Community | Current Value of Debtor's Interest In Property, With-Out Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Office equipment 5300 Claus Road Riverbank, CA** | - | $10,000.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Machinery and equipment 5300 Claus Road Riverbank, CA** | - | $1,390,000.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | Total > | $1,719,576.58 |

(Report also on Summary of Schedules)

# AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided it he debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☒ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

In re **ECO2 Plastics, Inc.**            Case No.    **09-33702**

Debtor(s)

# AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to 5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☒ **Taxes and Certain Other Debts Owed to Governmental Units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. §507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

Sheet 2 of 4 total sheets in  Schedule of
Creditors Holding Unsecured Priority Claims

In re **ECO2 Plastics, Inc.**  Case No. **09-33702**

Debtor(s)

# AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**
Type of Priority

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| Paul Dittmeier 762 West Mountain Road Sparta, NJ 07877 | | | 5/28/2009-11/24/2009 - Accrued Vacation | | | | $6,923.08 | 5,828.55 |
| | | | 9/16/2009-11/5/2009 - Unreimbursed Employee Expenses | | | | $9,855.47 | |
| | | | | | | | | $10,950.00 |
| Account No. | | | | | | | | |
| Fred Janz 2929 Floyd Avenue Apt. #148 Modesto, CA 95355 | | | 5/28/2009-11/24/2009 - Accrued Vacation | | | | $6,923.08 | 10,052.87 |
| | | | 7/8/2009-10/31/2009 - Unreimbursed Employee Expenses | | | | $14,079.79 | |
| | | | | | | | | $10,950.00 |
| Account No. | | | | | | | | |
| Rodney S. Rougelot 542 46th Avenue San Francisco, CA 94121 | | | 5/28/2009-11/24/2009 - Accrued Vacation | | | | $12,692.31 | 31,645.06 |
| | | | 8/3/2009 - 11/24/2009 - Unreimbursed Employee Expenses | | | | $29,902.75 | |
| | | | | | | | | $10,950.00 |
| Account No. | | | | | | | | |
| Ray Salomon 5415 Marden Drive Davis, CA 95618 | | | 8/3/2009-11/10/2009 - Unreimbursed Employee Expenses | | | | $3,900.00 | $3,900.00 |
| | | | Subtotals: (Totals of this page) | | | | 84,276.48 | 47,526.48 / 36,750.00 |

Sheet 3 of 4 total sheets in Schedule of
Creditors Holding Unsecured Priority Claims

In re __**ECO2 Plastics, Inc.**__ Case No. __**09-33702**__

Debtor(s)

# AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

Type of Priority

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | | |
| **Franchise Tax Board Bankruptcy Unit PO Box 2952 Sacramento, CA 95812-2952** | | | For Notice Purposes Only | | | | **$0.00** | 0.00 | **$0.00** |
| Account No. | | | | | | | | | |
| **Internal Revenue Service Special Procedures Section 1301 Clay Street, Stop 1400S Oakland, CA 94612-5210** | | | For Notice Purposes Only | | | | **$0.00** | 0.00 | **$0.00** |
| Account No. | | | | | | | | | |
| **Stanislaus County Clerk Recorder PO Box 1670 1021 I Street, Suite 101 Modesto, CA 95353** | | | 5/27/2009 - 7/15/2009 Property Taxes | | | X | **$206,010.70** | 206,010.70 | **$0.00** |

| | | |
|---|---|---|
| Subtotals: (Totals of this page) | 206,010.70 | 206,010.70 / 0.00 |
| Total: (Use only on last page of the completed Schedule E. Repeat also on the Summary of Schedules.) | 290,287.18 | |
| Totals: (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. | | 253,537.18 / 36,750.00 |

Sheet 4 of 4 total sheets in Schedule of
Creditors Holding Unsecured Priority Claims

In re **ECO2 Plastics, Inc.**                                   Case No.    **09-33702**

Debtor(s)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding unsecured claims without priority against the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | | Husband, Wife, Joint , or Community | | | | |
| ACCOUNT NO.<br><br>**3Degrees**<br>**6 Funston Avenue**<br>**San Francisco, CA 94129** | | | **7/1/2009**<br><br>**Trade debt** | | | | **10,950.00** |
| ACCOUNT NO.<br><br>**Acro Manufacturing Co.**<br>**642 Hi Tech Parkway**<br>**Suite D**<br>**Oakdale, CA 95361** | | | **12/21/2007 - 1/14/2008**<br><br>**Trade debt** | | | X | **7,826.78** |
| ACCOUNT NO.<br><br>**AICCO, INC. / DiBuduo**<br>**Department 7615**<br>**Los Angeles, CA 90084-7615** | | | **11/10/2009 - 11/23/2009**<br><br>**Trade debt** | | | | **898.58** |
| ACCOUNT NO.<br><br>**Alhambra & Sierra Springs**<br>**PO Box 660579**<br>**Dallas, TX 75266-0579** | | | **6/19/2009 - 11/06/2009**<br><br>**Trade debt** | | | | **945.51** |

Sheet  1 of 19 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **AllCities** <br> **6624 Third Street** <br> **Riverbank, CA 95367** | | | 7/6/2009 - 7/31/2009 <br><br> **Trade debt** | | | | 1,155.00 |
| ACCOUNT NO. <br><br> **Amigo Environmental** <br> **801 Chesley Avenue** <br> **Suite 200** <br> **Richmond, CA 94801** | | | 8/19/2009 - 8/24/2009 <br><br> **Trade debt** | | | | 4,113.85 |
| ACCOUNT NO. <br><br> **Anheuser-Busch Recycling Corp, Inc.** <br> **Anheuser-Busch Dept LA 21419** <br> **Pasadena, CA 91185-1419** | | | 8/27/2009 - 9/11/2009 <br><br> **Trade debt** | | | | 90,301.39 |
| ACCOUNT NO. <br><br> **Applied Industrial Technologies** <br> **2133 Yosemite Blvd.** <br> **Modesto, CA 95354-3024** | | | 6/3/2009 - 7/22/2009 <br><br> **Trade debt** | | | | 3,628.15 |
| ACCOUNT NO. <br><br> **Aqua Treat Chemicals Inc.** <br> **200 Industrial Road** <br> **Suite 120** <br> **San Carlos, CA 94070** | | | 3/20/2009 - 8/31/2009 <br><br> **Trade debt** | | | | 3,252.60 |
| ACCOUNT NO. <br><br> **Aramark** <br> **P.O. Box 5164** <br> **Modesto, CA 95352** | | | 9/18/2009 - 11/20/2009 <br><br> **Trade debt** | | | | 270.25 |
| ACCOUNT NO. <br><br> **Arbor Malone Consulting** <br> **114 East Bleeker Street** <br> **Aspen, CO 81611** | | | 7/1/2009-7/31/2009 <br><br> **Trade debt** | | | | 12,240.00 |
| ACCOUNT NO. <br><br> **AT&T** <br> **Payment Center** <br> **Sacramento, CA 95887-0001** | | | 9/26/2009 - 11/23/2009 <br><br> **Trade debt** | | | | 1,868.00 |

Sheet  2 of 19 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

In re __ECO2 Plastics, Inc.__        Case No __09-33702__

Debtor(s)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| **Bay Valve Service & Engineering, Inc.** **3948 Teal Court** **Benicia, CA 94510** | | | **31/31/2009 - 6/25/2009** **Trade debt** | | | | **4,981.10** |
| ACCOUNT NO. | | | | | | | |
| **Best Overnite Express, Inc.** **PO Box 90816** **City of Industry, CA 91715** | | | **6/16/2009** **Trade debt** | | | | **71.03** |
| ACCOUNT NO. | | | | | | | |
| **Mark Brown** **9504 - 60th Ave West** **Mukilteo, WA 98275** | | | **8/15/2009-11/15/2009** **Trade debt** | | | | **21,825.00** |
| ACCOUNT NO. | | | | | | | |
| **Bunting Magnetics Co.** **500 S. Spencer Avenue** **PO Box 468** **Newton, KS 67114** | | | **6/25/2009 - 8/27/2009** **Trade debt** | | | | **3,241.38** |
| ACCOUNT NO. | | | | | | | |
| **C.T.E. Systems, Inc.** **565 West Lambert Road** **Suite A** **Brea, CA 92821-3901** | | | **11/4/2009 - 11/5/2009** **Trade debt** | | | | **1,655.05** |
| ACCOUNT NO. **xxxxx #x6968** | | | **Trade debt** | | | | |
| **California Choice** **PO Box 7088** **Orange, CA 92863-7088** | | | | | | | **0.00** |
| ACCOUNT NO. | | | | | | | |
| **California Recycle** **842 N. Olive Street** **Turlock, CA 95367** | | | **7/20/2009 - 8/13/2009** **Trade debt** | | | | **7,285.35** |
| ACCOUNT NO. | | | | | | | |
| **Caltrol, Inc.** **PO Box 51353** **Los Angeles, CA 90051-5653** | | | **3/13/2009 - 4/20/2009** **Trade debt** | | | | **3,156.79** |

Sheet 3 of 19 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Campora**<br>P.O. Box 31625<br>Stockton, CA 95213 | | | 6/16/2009-11/23/2009<br><br>**Trade debt** | | | | 16,389.56 |
| ACCOUNT NO.<br><br>**Carlson Scale Inc.**<br>1418 Lone Palm Avenue<br>Modesto, CA 95351 | | | 6/29/2009<br><br>**Trade debt** | | | | 258.75 |
| ACCOUNT NO.<br><br>**Carter Day International, Inc.**<br>500 73rd Avenue NE<br>Minneapolis, MN 55432-3262 | | | **Trade debt** | | | X | 27,136.00 |
| ACCOUNT NO.<br><br>**Center State Pipe and Supply**<br>Department LA 21143<br>Pasadena, CA 91185-1143 | | | 6/2/2009 - 7/17/2009<br><br>**Trade debt** | | | | 6,403.99 |
| ACCOUNT NO.<br><br>**CH Bull**<br>229 Utah Avenue<br>South San Francisco, CA 94080 | | | 8/13/2009<br><br>**Trade debt** | | | | 527.53 |
| ACCOUNT NO.<br><br>**Chromalox Inc.**<br>PO Box 932836<br>Atlanta, GA 31193-2836 | | | 5/22/2009<br><br>**Trade debt** | | | | 2,542.05 |
| ACCOUNT NO.<br><br>**City of Riverbank**<br>6707 Third Street<br>Riverbank, CA 95367 | | | 4/2/2009<br><br>**Term Loan - Unsecured** | | | | 50,000.00 |
| ACCOUNT NO. **xxxxxxx xx. xx08-10**<br><br>**Compliance & Closure, Inc.**<br>4115 Blackhawk Plaza Circle<br>Suite 100<br>Danville, CA 94506 | | | 5/15/2009<br><br>**Trade debt** | | | | 1,235.00 |

Sheet  4 of 19 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | 9/30/2009 - 10/31/2009 | | | | |
| Corporate Stock Transfer 3200 Cherry Creek Drive South Suite 430 Denver, CO 80209 | | | Trade debt | | | | 406.17 |
| ACCOUNT NO. | | | 7/1/2009 - 9/23/2009 | | | | |
| CT Corporation System PO Box 4349 Carol Stream, IL 60197 | | | Trade debt | | | | 310.00 |
| ACCOUNT NO. | | | 8/27/2008 | | | | |
| Curtis & Arata 1300 K Street, 2nd Floor PO Box 3030 Modesto, CA 95353 | | | Trade debt | | | | 1,400.00 |
| ACCOUNT NO. | | | 6/26/2009 - 7/22/2009 | | | | |
| D&S Manufacturing Co., Inc. 14 Sword Street Auburn, MA 01501 | | | Trade debt | | | | 5,548.25 |
| ACCOUNT NO. | | | 8/5/2009 | | | | |
| A. Davis 4441 Winding River Circle Stockton, CA 95219 | | | Trade debt | | | | 2,100.00 |
| ACCOUNT NO. | | | 6/6/2009 | | | | |
| Deluxe Business Checks and Solutions PO Box 742572 Cincinnati, OH 45274-2572 | | | Trade debt | | | | 30.00 |
| ACCOUNT NO. | | | 10/17/2009 - 11/23/2009 | | | | |
| Direct Connect Logistix 973 Emerson Parkway Suite D Greenwood, IN 46143 | | | Trade debt | | | | 3,255.00 |

Sheet 5 of 19 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

In re **ECO2 Plastics, Inc.**      Case No    **09-33702**

Debtor(s)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **Paul Dittmeier** <br> **762 West Mountain Road** <br> **Sparta, NJ 07877** | | | **3/20/2008 - 11/24/2009** <br><br> **Employee Debt** | | | | **22,164.15** |
| ACCOUNT NO. <br><br> **Elliot Thermodynamics Co.** <br> **31692 Via Cervantes** <br> **San Juan Capastrano, CA 92675** | | | **9/13/2007** <br><br> **Trade debt** | | | X | **2,245.92** |
| ACCOUNT NO. <br><br> **Eriez Magnetics** <br> **P.O. Box 641890** <br> **Pittsburgh, PA 15264-1890** | | | **5/5/2009 - 10/1/2009** <br><br> **Trade debt** | | | | **3,581.90** |
| ACCOUNT NO. <br><br> **Fastenal** <br> **PO Box 1286** <br> **Winona, MN 55987-1286** | | | **6/29/2009 - 8/5/2009** <br><br> **Trade debt** | | | | **2,711.02** |
| ACCOUNT NO. **#xxxx-x954-3** <br><br> **Federal Express** <br> **P.O. Box 7221** <br> **Pasadena, CA 91109-7321** | | | **6/19/2009 - 8/28/2009** <br><br> **Trade debt** | | | | **3,352.57** |
| ACCOUNT NO. <br><br> **Federal Express Freight** <br> **Dept LA** <br> **PO Box 21415** <br> **Pasadena, CA 91185-1415** | | | **7/22/2009** <br><br> **Trade debt** | | | | **53.71** |
| ACCOUNT NO. <br><br> **Ferguson Enterprises, Inc.** <br> **FEI #585** <br> **File #30129** <br> **PO Box 60000** <br> **San Francisco, CA 94160-0001** | | | **6/12/2009 -7/23/2009** <br><br> **Trade debt** | | | | **5,662.24** |
| ACCOUNT NO. <br><br> **FH Construction** <br> **PO Box 55245** <br> **Stockton, CA 95205** | | | **6/1/2009** <br><br> **Trade debt** | | | | **26,417.43** |

Sheet  6 of 19 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

In re __ECO2 Plastics, Inc.__      Case No   __09-33702__

           Debtor(s)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | | | | |
| ACCOUNT NO. <br><br>**Firecode** <br>**3722 W. Pacific Avenue** <br>**Sacramento, CA 95820** | | | 7/29/2009 <br><br>**Trade debt** | | | | 637.23 |
| ACCOUNT NO. <br><br>**Flynn and Enslow, Inc.** <br>**PO Box 77366** <br>**San Francisco, CA 94107-0366** | | | 7/7/2009 - 8/31/2009 <br><br>**Trade debt** | | | | 3,791.47 |
| ACCOUNT NO. <br><br>**Freight Ship Express** <br>**5832 Star Lane** <br>**Houston, TX 77057** | | | 8/14/2009 <br><br>**Trade debt** | | | | 192.13 |
| ACCOUNT NO. **xxxx1753** <br><br>**FreightQuote.com** <br>**1495 Paysphere Circle** <br>**Chicago, IL 60674** | | | 7/20/2009 <br><br>**Trade debt** | | | | 128.98 |
| ACCOUNT NO. <br><br>**Gaspers Electric** <br>**6828 DaLee Court** <br>**Valley Springs, CA 95252** | | | 6/22/2009 - 11/4/2009 <br><br>**Trade debt** | | | | 6,848.98 |
| ACCOUNT NO. <br><br>**GEA Westfalia** <br>**P.O. Box 12042** <br>**Newark, NJ 07101-2042** | | | 7/22/2009 <br><br>**Trade debt** | | | X | 18,418.49 |
| ACCOUNT NO. <br><br>**Geiger Mfg., Inc.** <br>**PO Box 1449** <br>**1100 East Scotts Avenue** <br>**Stockton, CA 95201** | | | 6/22/2009-8/18/2009 <br><br>**Trade debt** | | | | 28,632.93 |
| ACCOUNT NO. <br><br>**Getecha Inc.** <br>**2914 Business One Drive** <br>**Kalamazoo, MI 49048** | | | 7/1/2009 <br><br>**Trade debt** | | | | 6,316.64 |

Sheet 7 of 19 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

Case: 09-33702   Doc# 127   Filed: 02/01/10   Entered: 02/01/10 15:23:48   Page 17 of 42

In re **ECO2 Plastics, Inc.**         Case No     **09-33702**

Debtor(s)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **Gilton Solid Waste Mgmt Inc.** <br> **755 S Yosemite** <br> **Oakdale, CA 95361** | | | **11/2/2009** <br><br> **Trade debt** | | | | 800.48 |
| ACCOUNT NO. <br><br> **Green Rubber-Kennedy AG** <br> **PO Box 7488** <br> **Spreckels, CA 93962** | | | **6/3/2009** <br><br> **Trade debt** | | | | 224.38 |
| ACCOUNT NO. <br><br> **Greenleaf Filtration** <br> **P.O. Box 992** <br> **Midlothian, VA 23113** | | | **6/8/2009 - 6/22/2009** <br><br> **Trade debt** | | | | 1,563.66 |
| ACCOUNT NO. <br><br> **Haulaway Storage Containers, Inc.** <br> **PO Box 186** <br> **Stanton, CA 90680-0186** | | | **9/26/2009 - 10/26/2009** <br><br> **Trade debt** | | | | 305.00 |
| ACCOUNT NO. <br><br> **Honeywell** <br> **Attn: Nancy Kellerman** <br> **PO Box 870365** <br> **Kansas City, MO 64187-0365** | | | **1/21/2009 - 11/24/2009** <br><br> **Trade debt** | | | | 450,000.00 |
| ACCOUNT NO. <br><br> **Hovey Williams, LLP** <br> **10801 Mastin Blvd., Suite 1000** <br> **84 Corporate Woods** <br> **Overland Park, KS 66210** | | | **3/31/2009-11/23/2009** <br><br> **Trade debt** | | | | 17,854.90 |
| ACCOUNT NO. <br><br> **Howk Systems Inc.** <br> **1825 Yosemite Blvd.** <br> **Modesto, CA 95354** | | | **9/18/2009** <br><br> **Trade debt** | | | | 13,895.43 |
| ACCOUNT NO. <br><br> **Industrial Automation Group** <br> **P.O. Box 3806** <br> **Modesto, CA 95352** | | | **6/5/2009 - 7/9/2009** <br><br> **Trade debt** | | | | 7,362.50 |

Sheet 8 of 19 total sheets in Schedule of Creditors Holding Unsecured Nonpriority Claims

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community — DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Industrial Gas Technology, Inc.**<br>PO Box 51124<br>Bowling, KY 42102-4424 | | | 5/4/2009<br>**Trade debt** | | | | 1,104.45 |
| ACCOUNT NO.<br>**Industrial Safety Supply Corp**<br>PO Box 8686<br>Emeryville, CA 94662 | | | 5/22/2009 - 8/18/2009<br>**Trade debt** | | | | 3,888.11 |
| ACCOUNT NO.<br>**Industrial Ventures II**<br>2711 Gray Fox Road<br>Monroe, NC 28110 | | | 6/26/2009<br>**Trade debt** | | | | 10,863.79 |
| ACCOUNT NO.<br>**J. Milano Co., Inc.**<br>PO Box 688<br>Stockton, CA 95201 | | | 4/30/2009 - 7/1/2009<br>**Trade debt** | | | | 782.04 |
| ACCOUNT NO.<br>**Fred Janz**<br>2929 Floyd Avenue<br>Apt. #148<br>Modesto, CA 95355 | | | 10/4/2008 - 11/24/2009<br>**Employee debt** | | | | 18,907.31 |
| ACCOUNT NO.<br>**K&G Janitorial Services**<br>1831 Burgundy Drive<br>Escalon, CA 95320 | | | 6/21/2009 - 9/19/2009<br>**Trade debt** | | | | 910.00 |
| ACCOUNT NO.<br>**K&L Gates LLP**<br>925 Fourth Avenue<br>Suite 2900<br>Seattle, WA 98104-1158 | | | 5/22/2009-11/23/2009<br>**Trade debt** | | | | 25,141.57 |
| ACCOUNT NO.<br>**Kaeser Compressors, Inc.**<br>PO Box 946<br>Fredericksburg, VA 22404 | | | 8/21/2009<br>**Trade debt** | | | | 436.81 |

Sheet 9 of 19 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **Keller and Heckman LLP** <br> **1001 G Street, Suite 500 West** <br> **Washington, DC 20001** | | | **12/18/2008-11/23/2009** <br><br> **Trade debt** | | | | **19,336.98** |
| ACCOUNT NO. <br><br> **J.J. Keller** <br> **3003 W. Breezewood Lane** <br> **Neenah, WI 54957** | | | **9/3/2009** <br><br> **Trade debt** | | | | **85.62** |
| ACCOUNT NO. <br><br> **Kice Industries** <br> **5500 Mill Heights** <br> **Wichita, KS 67219** | | | **4/27/2009** <br><br> **Trade debt** | | | | **65,985.79** |
| ACCOUNT NO. <br><br> **Knight Transportation** <br> **PO Box 29897** <br> **Phoenix, AZ 85038-9897** | | | **6/1/2009-9/8/2009** <br><br> **Trade debt** | | | | **31,981.22** |
| ACCOUNT NO. <br><br> **Kongskilde Industries Inc.** <br> **2439 South Main, Unit 2** <br> **Bloomington, IL 61704** | | | **1/1/2009 - 9/14/2009** <br><br> **Trade debt** | | | | **63,415.72** |
| ACCOUNT NO. <br><br> **L&M Sharpening** <br> **2817 Cherryland, #7** <br> **Stockton, CA 95215** | | | **5/29/2009 - 9/14/2009** <br><br> **Trade debt** | | | | **34,320.00** |
| ACCOUNT NO. <br><br> **Ladco Electric, Inc.** <br> **PO Box 123** <br> **Imbler, OR 97841** | | | **1/16/2009** <br><br> **Trade debt** | | | | **5,984.61** |
| ACCOUNT NO. <br><br> **Linde North America, Inc.** <br> **575 Mountain Avenue** <br> **Murray Hill, NJ 07974** | | | **12/13/2007** <br><br> **Trade debt** | | | | **3,381.99** |

Sheet 10 of 19 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint , or Community — DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **M&M Transport** 3033 E. Washington Blvd. Los Angeles, CA 90023 | | | 9/8/2009 - 10/12/2009 Trade debt | | | | 9,080.00 |
| ACCOUNT NO. **Machinex** 8770 West Bryn Mawr Avenue Suite 1300 Chicago, IL 60631 | | | 5/29/2009-7/6/2009 Trade debt | | | | 12,319.63 |
| ACCOUNT NO. **McMaster-Carr** PO Box 7690 Chicago, IL 60680-7690 | | | 6/16/2009 - 8/25/2009 Trade debt | | | | 1,054.40 |
| ACCOUNT NO. **Modesto Refrigeration Inc.** 461 A Sonora Avenue Modesto, CA 95351 | | | 8/7/2009-8/25/2009 Trade debt | | | | 11,366.91 |
| ACCOUNT NO. **Modesto Welding Products** PO Box 4547 Modesto, CA 95352 | | | 10/25/2009 - 11/20/2009 Trade debt | | | | 284.38 |
| ACCOUNT NO. **Mokon** Dept 856 PO Box 8000 Buffalo, NY 14267-8000 | | | 5/21/2009 Trade debt | | | | 9,886.17 |
| ACCOUNT NO. **Motion Industries** 448 Mitchell Road Modesto, CA 95354 | | | 6/23/2009 - 7/17/2009 Trade debt | | | | 399.23 |
| ACCOUNT NO. **N I Industries, Inc.** PO Box 856 Riverbank, CA 95367 | | | 10/7/2009-12/10/2009 Trade debt | | | | 12,484.76 |

Sheet 11 of 19 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

In re **ECO2 Plastics, Inc.**          Case No     **09-33702**

Debtor(s)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> National Food Lab <br> Dept. #44688 <br> PO Box 44000 <br> San Francisco, CA 94114-4688 | | | 10/11/2009 <br><br> Trade debt | | | | 9,715.00 |
| ACCOUNT NO. <br><br> Michael William Neville <br> Office of the Attorney General <br> 455 Golden Gate Avenue <br> Suite 11000 <br> San Francisco, CA 94102-7004 | | | For Notice Purposes Only | | | | 0.00 |
| ACCOUNT NO. <br><br> O.H.I. <br> Attn: Tom Hubbard <br> 820 S. Pershing <br> PO Box 622 <br> Stockton, CA 95201 | | | 6/10/2009-6/22/2009 <br><br> Trade debt | | | | 13,168.13 |
| ACCOUNT NO. <br><br> Oak Valley Hospital <br> 350 South Oak Avenue <br> Oakdale, CA 95361 | | | 8/5/2009 <br><br> Trade debt | | | | 894.85 |
| ACCOUNT NO. <br><br> OnTrac <br> Department #1664 <br> Los Angeles, CA 90084-1664 | | | 8/1/2009 <br><br> Trade debt | | | | 11.20 |
| ACCOUNT NO. <br><br> Otto Law Group <br> 601 Union Street, Suite 4500 <br> Seattle, WA 98101 | | | 10/31/2008 - 11/23/2009 <br><br> Trade debt | | | | 168,543.13 |
| ACCOUNT NO. <br><br> Pacific Bolt Company, Inc. <br> 1943 Fairway Drive <br> San Leandro, CA 00094-4577 | | | 7/24/2009 - 8/04/2009 <br><br> Trade debt | | | | 678.03 |

Sheet 12 of 19 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> PanAmerica Trading Co. <br> 741 Al Smith Lane <br> El Paso, TX 79932 | | | 7/8/2009-7/30/2009 <br><br> Trade debt | | | | 12,067.52 |
| ACCOUNT NO. <br><br> Phenix Equipment, Inc. <br> PO Box 2427 <br> Lodi, CA 95241 | | | 7/17/2009 <br><br> Trade debt | | | | 491.00 |
| ACCOUNT NO. xxx6473 <br><br> Plastics News <br> P.O. Box 33018 <br> Detroit, MI 48232-9984 | | | 6/16/2009 <br><br> Trade debt | | | | 49.00 |
| ACCOUNT NO. xxxxxxx #xx8759 <br><br> PR Newswire <br> G.P.O. Box 5897 <br> New York, NY 10087-5897 | | | 11/09/2008 - 11/13/2009 <br><br> Trade debt | | | | 4,755.00 |
| ACCOUNT NO. <br><br> PRCC <br> 17474 Sonoma Highway <br> Sonoma, CA 95476 | | | 7/10/2009 <br><br> Trade debt | | | | 25,863.44 |
| ACCOUNT NO. <br><br> Processor's Equipment & Hardware Co Inc. <br> PO Box 576216 <br> Modesto, CA 95357 | | | 5/22/2009 - 8/14/2009 <br><br> Trade debt | | | | 2,202.24 |
| ACCOUNT NO. <br><br> Puget Sound Leasing Co., Inc. <br> PO Box 1295 <br> Chicago, WA 98027 | | | 7/26/2009 - 10/26/2009 <br><br> Trade debt | | | | 5,725.33 |
| ACCOUNT NO. <br><br> PURAC America <br> 1902 Paysphere Circle <br> Chicago, IL 60674 | | | 10/09/2008 - 9/21/2009 <br><br> Trade debt | | | | 845,886.69 |

Sheet 13 of 19 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

Debtor(s)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | | | | |
| ACCOUNT NO. **Ramsey Express Trucking** P.O. Box 29818 Phoenix, AZ 85038-9818 | | | 7/24/2009 - 7/31/2009 Trade debt | | | | 6,150.00 |
| ACCOUNT NO. **C.H. Robinson** P.O. Box 9121 Minneapolis, MN 55480-9121 | | | 7/27/2009 - 9/9/2009 Trade debt | | | | 7,426.41 |
| ACCOUNT NO. **James Rose** 109 El Pinar Los Gatos, CA 95032 | | | 4/8/2009 Trade debt | | | | 8,250.00 |
| ACCOUNT NO. **Rodney S. Rougelot** 542 46th Avenue San Francisco, CA 94121 | | | 1/4/2009 - 11/24/2009 Employee debt | | | | 41,421.31 |
| ACCOUNT NO. **S&S Metal Detectors** 4125 Independence Drive Suite 9 Schnecksville, PA 18078-2571 | | | 8/24/2009 Trade debt | | | | 5,564.22 |
| ACCOUNT NO. **Sacramento Recycling** 8491 Fruitridge Road Sacramento, CA 95826 | | | 6/30/2009 Trade debt | | | | 483.20 |
| ACCOUNT NO. **Schmitz Truck Repair** P.O. Box 579536 Modesto, CA 95357 | | | 6/15/2009 Trade debt | | | | 625.40 |
| ACCOUNT NO. **Schneider National, Inc.** 2567 Paysphere Circle Chicago, IL 60674 | | | 7/1/2009 - 7/7/2009 Trade debt | | | | 1,854.00 |

Sheet 14 of 19 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

In re __ECO2 Plastics, Inc.__      Case No __09-33702__
              Debtor(s)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Securites & Exchange Commission Attn: Bankrutpcy Counsel 5670 Wilshire Blvd., Floor 11 Los Angeles, CA 90036** | | | **For Notice Purposes Only** | | | | 0.00 |
| ACCOUNT NO.<br><br>**Shropshire Publishing Group, LLC 601 Union Street Suite 4500 Seattle, WA 98101** | | | **12/05/2008 - 9/28/2009**<br><br>**Trade debt** | | | | 4,684.00 |
| ACCOUNT NO. **xx1680**<br><br>**Snap-on Industrial 21755 Network Place Chicago, IL 60673-1217** | | | **8/28/2009**<br><br>**Trade debt** | | | | 140.00 |
| ACCOUNT NO.<br><br>**SRS Dept. 77380 PO Box 77000 Detroit, MI 48277-0380** | | | **6/9/2009-8/26/2009**<br><br>**Trade debt** | | | | 20,943.12 |
| ACCOUNT NO.<br><br>**Stainless Distributors 4731 Greenleaf Circle Modesto, CA 95356** | | | **5/26/2009 - 8/3/2009**<br><br>**Trade debt** | | | | 3,655.96 |
| ACCOUNT NO.<br><br>**Standard Plumbing Supply Co. PO Box 708490 Sandy, UT 84070** | | | **8/18/2009 - 8/21/2009**<br><br>**Trade debt** | | | | 1,917.97 |
| ACCOUNT NO. **x1257**<br><br>**Stanislaus Farm Supply P.O. Box 31001-0821 Pasadena, CA 91110-0821** | | | **7/10/2009 - 7/24/2009**<br><br>**Trade debt** | | | | 254.90 |

Sheet 15 of 19 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

In re __ECO2 Plastics, Inc.__        Case No __09-33702__
<br>
Debtor(s)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **Staples** <br> **Dept LA** <br> **PO Box 83689** <br> **Chicago, IL 60696-3689** | | | 5/16/2009 - 10/10/2009 <br><br> **Trade debt** | | | | 5,563.22 |
| ACCOUNT NO. <br><br> **State Board of Equalization** <br> **State of California** <br> **Special Procedures** <br> **P.O. Box 942879** <br> **Sacramento, CA 94279-0055** | | | 6/12/2009 <br><br> **Trade debt** | | | X | 9,689.96 |
| ACCOUNT NO. <br><br> **Swan Associates** <br> **4680 East 2nd Street** <br> **Suite H** <br> **Benicia, CA 94510** | | | 10/1/2009 <br><br> **Trade debt** | | | | 1,910.07 |
| ACCOUNT NO. <br><br> **Synectic Technologies** <br> **4640 Duckhorn Drive** <br> **Sacramento, CA 95834** | | | 6/8/2009 - 7/28/2009 <br><br> **Trade debt** | | | | 6,273.03 |
| ACCOUNT NO. <br><br> **Technical Connections** <br> **316 West F Street** <br> **Suite 101** <br> **Oakdale, CA 95361** | | | 9/2/2009 - 9/4/2009 <br><br> **Trade debt** | | | | 387.93 |
| ACCOUNT NO. <br><br> **Telepacific Communications** <br> **515 South Flower Street** <br> **47th Floor** <br> **Los Angeles, CA 90071** | | | 9/9/2009 - 11/9/2009 <br><br> **Trade debt** | | | | 2,331.33 |
| ACCOUNT NO. <br><br> **The Toledo Bag Company** <br> **3230 Monroe Street** <br> **Toledo, OH 43606** | | | 7/17/2009 <br><br> **Trade debt** | | | | 16,500.00 |

Sheet 16 of 19 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

In re **ECO2 Plastics, Inc.**      Case No    __09-33702__

               Debtor(s)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **Titus Maintenance & Installation Service** <br> **1430 Willow Pass Road** <br> **Suite 250** <br> **Concord, CA 94520-7942** | | | 10/7/2009 <br><br> Trade debt | | | | 39,705.28 |
| ACCOUNT NO. <br><br> **Toxic Solutions, Inc./IES** <br> **26945 Cabot Road, #103** <br> **Laguna Hills, CA 92653** | | | 10/20/2009 - 11/28/2009 <br><br> Trade debt | | | | 35,210.49 |
| ACCOUNT NO. <br><br> **TQL** <br> **PO Box 634558** <br> **Cincinnati, OH 45263-4558** | | | 6/17/2009 - 6/30/2009 <br><br> Trade debt | | | | 1,485.00 |
| ACCOUNT NO. <br><br> **Uline** <br> **2200 S. Lakeside Drive** <br> **Waukegan, IL 60085** | | | 10/26/2009 <br><br> Trade debt | | | | 246.65 |
| ACCOUNT NO. <br><br> **United Circuit Breakers** <br> **903 Kansas Avenue** <br> **Suite C-2** <br> **Modesto, CA 95351** | | | 10/1/2007 <br><br> Trade debt | | | X | 1,288.50 |
| ACCOUNT NO. <br><br> **United Pallet Services Inc.** <br> **4043 Crows Landing Road** <br> **Modesto, CA 95358** | | | 6/19/2009 - 7/24/2009 <br><br> Trade debt | | | | 4,050.00 |
| ACCOUNT NO. <br><br> **United Rentals** <br> **Credit Office #586** <br> **File 51122** <br> **Los Angeles, CA 90074-1122** | | | 6/12/2009 <br><br> Trade debt | | | | 1,487.63 |

Sheet 17 of 19 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **Universal Solutions** <br> PO Box 220125 <br> Hollywood, FL 33022 | | | 8/10/2009 <br><br> **Trade debt** | | | | 396.59 |
| ACCOUNT NO. <br><br> **Van De Pol Enterprises** <br> PO Box 1107 <br> Stockton, CA 95201-1107 | | | 7/22/2009 <br><br> **Trade debt** | | | | 74.88 |
| ACCOUNT NO. <br><br> **Vintage Filings, LLC** <br> 150 W. 46th Street <br> 6th Floor <br> New York, NY 10036 | | | 5/14/2009 <br><br> **Trade debt** | | | | 975.00 |
| ACCOUNT NO. <br><br> **Virginia Polymer Services** <br> 2702 Jefferson Davis Highway <br> Richmond, VA 23234 | | | 7/1/2009 - 11/16/2009 <br><br> **Trade debt** | | | | 10,226.00 |
| ACCOUNT NO. <br><br> **Volvo Rents** <br> 4600 Salida Blvd. <br> Salida, CA 95368 | | | 9/11/2009 - 11/12/2009 <br><br> **Trade debt** | | | | 5,484.62 |
| ACCOUNT NO. <br><br> **Watts Equipment Company** <br> PO Box 2570 <br> Manteca, CA 95336 | | | 4/30/2009-11/10/2009 <br><br> **Trade debt** | | | | 21,946.69 |
| ACCOUNT NO. <br><br> **Western Radiator** <br> 1780 E. Roosevelt Street <br> Stockton, CA 95205-4258 | | | 8/26/2009 <br><br> **Trade debt** | | | | 190.00 |
| ACCOUNT NO. <br><br> **Wille Electric Supply Co., Inc.** <br> PO Box 3246 <br> Modesto, CA 95353 | | | 6/18/2009 - 9/8/2009 <br><br> **Trade debt** | | | | 3,169.58 |

Sheet 18 of 19 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

In re __**ECO2 Plastics, Inc.**__ Case No __**09-33702**__
Debtor(s)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **Woody's Manufacturing Inc.** <br>**PO Box 1628** <br>**Turlock, CA 95381** | | | **8/5/2009 - 8/28/2009** <br><br> **Trade debt** | | | | **984.69** |
| ACCOUNT NO. <br><br> **Wright's Reprints** <br>**2407 Timberloch Place, Suite B** <br>**The Woodlands, TX 77380-1039** | | | **Trade debt** | | | | **0.00** |
| ACCOUNT NO. <br><br> **Yale - Pacific** <br>**PO Box 7685** <br>**Fremont, CA 94537** | | | **6/5/2009 - 8/17/2009** <br><br> **Trade debt** | | | | **6,739.63** |

Total
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

**2,633,509.56**

Sheet 19 of 19 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re  **ECO2 Plastics, Inc.**                                    Case No.  **09-33702**
_____
Debtor(s)

# AMENDED SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Carter Day International, Inc.<br>500 73rd Avenue NE<br>Minneapolis, MN 55432-3262 | Equipment Lease |
| Cool Clean Technologies, Inc.<br>915 Blue Gentian Road, Suite 11<br>Eagan, MN 55121 | Settlement Agreement |
| Paul Dittmeier<br>762 West Mountain Road<br>Sparta, NJ 07877 | Employment Agreement |
| Haulaway Storage Containers, Inc.<br>PO Box 186<br>Stanton, CA 90680-0186 | Equipment Lease |
| Honeywell Federal Manufacturing<br>and Technologies<br>Attn:  Nancy Kellerman<br>PO Box 870365<br>Kansas City, MO 64187-0365 | Intellectural Property |
| N I Industries, Inc.<br>PO Box 856<br>Riverbank, CA 95367 | Real Property Lease |
| Puget Sound Leasing Co., Inc.<br>PO Box 1295<br>Chicago, WA 98027 | Disputed Equipment Lease |
| PURAC America<br>1902 Paysphere Circle<br>Chicago, IL 60674 | Supply contract |

Sheet 1 of 2 total sheets in Schedule of
Executory Contracts and Unexpired Leases

## AMENDED SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

(Continuation Sheet)

| NAME AND MAILING ADDRESS,<br>INCLUDING ZIP CODE,<br>OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND<br>NATURE OF DEBTOR'S INTEREST. STATE<br>WHETHER LEASE IS FOR NONRESIDENTIAL<br>REAL PROPERTY. STATE CONTRACT<br>NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Rodney S. Rougelot<br>542 46th Avenue<br>San Francisco, CA 94121 | Employment Agreement |

Sheet 2 of 2 total sheets in Schedule of
Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of California

In re    **ECO2 Plastics, Inc.**                      Case No.    **09-33702**

Debtor(s)            Chapter    **11**

## DECLARATION CONCERNING DEBTOR'S AMENDED SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Chief Executive Officer of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing amended summary and schedules, consisting of   **31**   sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date    **February 1, 2010**             Signature    */s/ Rodney S. Rougelot*

                                             **Rodney S. Rougelot**
                                             **Chief Executive Officer**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Northern District of California

In re   **ECO2 Plastics, Inc.**                                          Case No.   **09-33702**

                                              Debtor(s)                Chapter     **11**

# AMENDED STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$3,058,067.67** | **2009 YTD: Sale of recycled PET plastic bottles** |
| **$6,690,311.98** | **2008: Sale of recycled PET plastic bottles** |
| **$4,338,536.48** | **2007: Sale of recycled PET plastic bottles** |

**2. Income other than from employment or operation of business**

None 

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                    SOURCE

**3. Payments to creditors**

None ☒

***Complete a. or b., as appropriate, and c.***

a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ☐

b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **See Attachment SFA-3b** | | **$0.00** | **$0.00** |

None ☐

c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **See Attachment SFA-3c** | | **$0.00** | **$0.00** |

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Cool Clean Technologies, Inc. v. ECO2 Plastics, Inc. 0:09-CV-482** | **Breach of negotiable instrument and Breach of contract** | **U.S. District Court for the District of Minnesota** | **Settlement** |

None ☒

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

 None

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6. Assignments and receiverships

 None

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

 None

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

 None

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None ☐  List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Wendel, Rosen, Black & Dean LLP**<br>**1111 Broadway, 24th Floor**<br>**Oakland, CA 94607** | **11/19/2009** | **$11,000.00** |
| **Wendel, Rosen, Black & Dean LLP**<br>**1111 Broadway, 24th Floor**<br>**Oakland, CA 94607** | **11/23/2009** | **$50,000.00** |

**10. Other transfers**

None ☐  a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |
| **Hangers Cleaners**<br>**4645 Carmel Mountain Road**<br>**Suite 207**<br>**San Diego, CA 92130**<br>    Customer | **2/1/2008** | **Heat Exchanger/Lint Bags - $700.00** |
| **Custom Alloy**<br>**2730 Peralta Street**<br>**Oakland, CA 94607**<br>    Customer | **8/6/2009** | **CO2 Machines - Sold for Scrap Value - $36,081.70** |
| **Art Davis**<br>**4441 Winding River Circle**<br>**Stockton, CA 95219**<br>    Former employee | **8/12/2009** | **Kia Aspirator - $4,000.00** |
| **Art Davis**<br>**4441 Winding River Circle**<br>**Stockton, CA 95219**<br>    Former employee | **9/10/2009** | **Gala Dryer - $5,000.00** |
| **EC All Ltd**<br>**PO Box 885**<br>**Northfield, OH 44067**<br>    Customer | **10/20/2009** | **Seal parts and Intercooler - $2,880.00** |
| **Cryospec**<br>**156 West Harris Avenue**<br>**South San Francisco, CA 94080**<br>    Customer | **11/11/2009** | **3 CO2 Gas Pumps - $5,700.00** |

None ☒  b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

**11. Closed financial accounts**

None ☐ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Oak Valley Community Bank**<br>**125 N. Third Avenue**<br>**Oakdale, CA 95361** | **Checking Acct. No. xxx4256** | **$5,678.00**<br>**11/24/2009** |
| **Oak Valley Community Bank**<br>**125 N. Third Avenue**<br>**Oakdale, CA 95361** | **Liquidity Acct. No. xxx8147** | **$0.00**<br>**11/24/2009** |

**12. Safe deposit boxes**

None ☒ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None ☒ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None ☐ List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| **Haulaway Storage Containers**<br>**PO Box 186**<br>**Stanton, CA 90680** | **1 Storage container valued at $2,000.00**<br>**2 Storage containers valued at $1,000.00 each** | **5300 Claus Road, Riverbank, CA 95367** |
| **Puget Sound Leasing**<br>**PO Box 1295**<br>**Issaquah, WA 98027** | **1 Toyota Forklift valued at $5,000**<br>**1 Toyota Forklift valued at $4,000.00**<br>**1 Nissan Forklift valued at $4,000.00**<br>**1 Scissor Lift valued at $4,000.00** | **5300 Claus Road, Riverbank, CA 95367** |
| **Carter Day International**<br>**500 73rd Avenue NE**<br>**Minneapolis, MN 55432** | **Spin Dryer valued at $40,000.00** | **5300 Claus Road, Riverbank, CA 95367** |
| **N I Industries**<br>**PO Box 856**<br>**Riverbank, CA 95367** | **Mettler Toledo Scale valued at $500.00** | **5300 Claus Road, Riverbank, CA 95367** |

**15. Prior address of debtor**

None ☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| 680 Second Street, Suite 200<br>San Francisco, CA 94107 | ECO2 Plastics, Inc. | June 2007 through May 2009 |

**16. Spouses and Former Spouses**

None ☒

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ☒

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ☒

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ☒

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**


None

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|-----|-----|-----|-----|

None

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|------|---------|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------------------|-------------------------|
| **Mark Brown**<br>**9504 60th Avenue West**<br>**Mukilteo, WA 98275** | **August 2005 to present** |
| **Barry Roach**<br>**7420 Sonoma Mountain Road**<br>**Glen Ellen, CA 95442** | **July 2008 through November 2008** |
| **Craig Hardy**<br>**1813 Savoi Way**<br>**Modesto, CA 95356** | **August 2007 through March 2008** |
| **Ray Salomon**<br>**5415 Marden Drive**<br>**Davis, CA 95618** | **December 2009 through November 2009** |
| **Scott Salberg**<br>**Salberg & Company**<br>**NW Corporate Blvd., Suite 240**<br>**Boca Raton, FL 33431** | **2005 through present** |

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Russell Levy**<br>**Salberg & Company**<br>**NW Corporate Blvd., Suite 240**<br>**Boca Raton, FL 33431** | **2005 through present** |
| **Rod Rougelot**<br>**542 46th Avenue**<br>**San Francisco, CA 94121** | **August 2006 through present** |
| **David Lawrence**<br>**2816 Scarsdale Lane**<br>**Modesto, CA 95355** | **May 2008 to present** |

None ☐   b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| **Scott Salberg** | **Salberg & Company**<br>**NW Corporate Blvd., Suite 240**<br>**Boca Raton, FL 33431** | **2005 through present** |

None ☐   c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **Scott Salberg**<br>**2005 through present** | **Salberg & Company**<br>**NW Corporate Blvd., Suite 240**<br>**Boca Raton, FL 33431** |
| **Mark Brown**<br>**August 2005 to present** | **9504 60th Avenue West**<br>**Mukilteo, WA 98275** |

None ☐   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **Securities & Exchange Commission**<br>**Washington, DC 20549** | **1/15/2008 - 10KSB - 12/31/2006 - 9/30/2007**<br>**4/15/2008 - 10KSB - 1/1/2007 - 12/31/07**<br>**6/30/2008 - 10Q**<br>**8/7/2008 - 10Q**<br>**11/14/2008 - 10Q**<br>**4/14/2009 - 10K**<br>**5/13/2009 - 10Q**<br>**8/19/2009 - 10K/A**<br>**8/19/2009 - 10K/A**<br>**9/15/2009 - 10K/A**<br>**11/6/2009 - 10Q** |

### 20. Inventories

None ☐   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|
| **6/30/2009 (raw & finished goods inventory)** | **David Lawrence** | **$188,132.68 (Cost - Net Book Value)** |
| **9/30/2009 (raw & finished goods inventory)** | **David Lawrence** | **$31,329.35 (Cost - Net Book Value)** |
| **6/30/2009 (property, plant & equipment inventory)** | **David Lawrence** | **$8,781,253.63 (Cost - Net Book Value)** |

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| **9/30/09 (property, plant and equipment inventory)** | **David Lawrence** | **$1,400,000 (Market)** |

None ☐    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| **6/30/2009 (raw & finished goods inventory)** | **David Lawrence**<br>**2816 Scarsdale Lane**<br>**Modesto, CA 95355** |
| **9/30/2009 (raw & finished goods inventory)** | **David Lawrence**<br>**2816 Scarsdale Lane**<br>**Modesto, CA 95355** |
| **6/30/2009 (property, plant & equipment inventory)** | **David Lawrence**<br>**2816 Scarsdale Lane**<br>**Modesto, CA 95355** |
| **9/30/09 (property, plant and equipment inventory)** | **David Lawrence**<br>**2816 Scarsdale Lane**<br>**Modesto, CA 95355** |

**21 . Current Partners, Officers, Directors and Shareholders**

None ☒    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☐    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **John Moragne**<br>**Trident Capital**<br>**505 Hamilton Avenue, Suite 200**<br>**Palo Alto, CA 94301** | **Director** | **Indirect - Preferred B-1**<br>**7.2%** |
| **William Whittaker**<br>**8070 La Jolla Shores Drive, #508**<br>**La Jolla, CA 92037** | **Director** | **Indirect & Direct - Common, Preferred A, Preferred B-1**<br>**16.2%** |
| **Rodney S. Rougelot**<br>**542 46th Avenue**<br>**San Francisco, CA 94121** | **CEO, Director** | **Direct - Common, Preferred A**<br>**7.0%** |

**22 . Former partners, officers, directors and shareholders**

None ☒    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ☐    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|
| **Ray Salomon**<br>**5415 Marden Drive**<br>**Davis, CA 95618** | **Chief Financial Officer** | **11/19/2009** |

Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037      Best Case Bankruptcy

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|
| **Roy Herberger**<br>**5834 N 22nd Place**<br>**Phoenix, AZ 85016** | **Director** | **3/31/2009** |
| **David Otto**<br>**The Otto Law Group**<br>**601 Union Street, Suite 4500**<br>**Seattle, WA 98101** | **Director** | **12/16/2008** |

**23 . Withdrawals from a partnership or distributions by a corporation**

None ☐  If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS<br>OF RECIPIENT,<br>RELATIONSHIP TO DEBTOR<br>**See Attachment SFA-23** | DATE AND PURPOSE<br>OF WITHDRAWAL | AMOUNT OF MONEY<br>OR DESCRIPTION AND<br>VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None ☒  If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                          TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None ☒  If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                          TAXPAYER IDENTIFICATION NUMBER (EIN)

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing amended statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date __**February 1, 2010**__          Signature   _/s/ Rodney S. Rougelot_
                                                  **Rodney S. Rougelot**
                                                  **Chief Executive Officer**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*